UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY CHAYTOR,<br><br>                    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C11-1589-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES** |

The Court, after careful consideration of plaintiff's motion, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation.

(2)   The Court **GRANTS** plaintiff's Motion for Attorney Fees under the EAJA (Dkt. 28), and awards plaintiff fees and expenses of **$6,439.26**.

(3)   If the U.S. Department of the Treasury determines that plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to plaintiff's attorney, Amy Gilbrough.

(4)   The check shall be mailed to Ms. Gilbrough at the following address:  1904 Third

1       Ave., Suite 1030, Seattle, Washington 98101.

2       (5)     The Clerk is directed to send copies of this Order to the parties and to Judge Brian

3               A. Tsuchida.

4   DATED this 28 day of May 2013.

```
                                        _____
                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE
```

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY FEES - 2